GEORGE W. BOLICK v. J. T. CLINE.

(Filed 13 May, 1914.)

**Master and Servant—Trials—Contributory Negligence.**
It is held that this case was correctly tried in the court below, the jury correctly instructed upon the legal principles involved, and that the injury alleged was not caused by the defendant's negligence, but by plaintiff's inattention in operating a cotton gin.

APPEAL by plaintiff from *Cline, J.,* at November Term, 1913, of CATAWBA.

*Councill & Yount for plaintiff.*
*A. A. Whitener for defendant.*

PER CURIAM. Action to recover damages for injuries alleged to have been caused by defendant's negligence while plaintiff was operating his cotton gin. We have considered the case and the briefs and argument of counsel carefully, and find no error. The cause was tried and decided according to principles settled by this Court, which were properly applied to the facts by the judge. Plaintiff's injuries were due to his own inattention, and not to any fault of the defendant.

No error.